UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT -9  A 10: 22
US DISTRICT

-----------------------------------------------------X
NEIL PACE,

              Plaintiff,                      CIVIL ACTION
                                                    NO. 3:01CV01707 (JCH)
VS.

NATIONAL RAILROAD PASSENGER
CORPORATION,

              Defendant.                    October 8, 2003
-----------------------------------------------------X

**DEFENDANT'S MOTION FOR EXPEDITED ORDER FOR
PERMISSION TO FILE REPLY BRIEF**

Defendant National Railroad Passenger Corporation ("Amtrak" or "defendant") respectfully moves this Court pursuant to Fed.R.Civ.P. 59(c) and D.Conn.L.Civ.R. 9(g) for an expedited order for permission to file a reply brief to plaintiff's memorandum in opposition to defendant's motion for new trial. In support of its motion, Amtrak respectfully submits the following:

      1.      Amtrak filed its Motion for New Trial on August 21, 2003 and its Supporting Memorandum of Law and Affidavit on September 16, 2003.

      2.      Plaintiff served his Memorandum in Opposition on October 2, 2003 by regular mail, which was received by defendant on October 6. According to Fed.R.Civ.P. 6(a) and Local Rule 9(g) defendant would have to file its reply brief on or before October 23, 2003 if permitted to do so.

      3.      Plaintiff's Memorandum in Opposition raises factual and legal contentions, some of which were not fully addressed in defendant's moving papers and, therefore, in the interests

354569.1 DocsNY

*MOTION GRANTED*
*SO ORDERED*
*Janet C. Hall, USDJ 10/14/03*