**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

11-13-03

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

Re: Case Name: PACE v NATIONAL RAILROAD
Number: 3:01CV1707JCH

Dear Attorney:

As the above matter has been disposed of in this court we are (returning)/destroying plaintiff's/defendant's exhibits.

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation

Sincerely,

Kevin F. Rowe, Clerk

BY _C. Borsky_

Deputy Clerk


ACKNOWLEDGMENT: _C. Giannetta_  DATE: _11/17/03_