UNITED STATES DISTRICT COURT
THE DISTRICT OF CONNECTICUT

_____

NEIL PACE,

                Plaintiff,

   -against-                                      Civil No. 3:01 CV-01707 (JCH)

NATIONAL RAILROAD PASSENGER CORPORATION,

                Defendant.

_____

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that defendant National Railroad Passenger Corporation hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this Court on August 13, 2003 in favor of plaintiff Neil Pace made against defendant National Railroad Passenger Corporation.

.

Dated:    December 11, 2003

                                                         _____
                                                         Cathleen Giannetta (ct 12052)
                                                         LANDMAN CORSI BALLAINE & FORD P.C.
                                                         120 Broadway, 27th Floor
                                                         New York, New York 10271
                                                         Tel: (212) 238-4800
                                                         Fax: (212) 238-4848
                                                         Attorneys for Defendant

CLERK: Please mail copies of the above Notice of Appeal to the following:

Scott E. Perry, Esq.
Attorneys for Plaintiff
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511