# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __December 18, 2003__   TO:   Intake Clerk

FROM:   Judith D. Fazekas (203) 579-5951

FILED 2003 DEC 30 P 12: 12

CASE TITLE:   Pace v. National Railroad Passenger Corp.

DOCKET NO.:   3:01CV1707(JCH)

NOTICE OF APPEAL:   filed: __December 12, 2003__

APPEAL FROM:   final judgment: __YES__

   interlocutory: __

   other: __

DOCKET SHEET:   Attorney, updated address & phone number for each party __Y__

   All parties are listed on Docket Sheet
   (Including Third Parties) __Y__

   All docket entries and dates are included __Y__

FEE STATUS:   Paid __✓__   Due _____   N/A _____

   IFP revoked _____   Application Attached _____

   IFP pending before district judge ___

COUNSEL:   CJA _____   Retained _____   Pro Se _____

TIME STATUS:   Timely _____   Out of Time __✓__

MOTION FOR
EXTENSION OF TIME:   Granted _____   Denied _____

COA:   Granted _____   Denied _____

COMMENTS AND CORRECTIONS:

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _R Morrison_   DATE: 12/23/03
DEPUTY CLERK, USCA