UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| NEIL PACE | CIVIL ACTION |
|     Plaintiff | NO. 3:01CV01707 (JCH) |
| VS. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
|     Defendant | JANUARY 28, 2004 |

_____X

## **SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on the 31st day of July, 2003, in the Office of the Clerk of the United States District Court for the District of Connecticut against the defendant in the sum of $541,530.50; and

WHEREAS, the said judgment has been satisfied by the defendant, National Railroad Passenger Corporation.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full and complete satisfaction on the docket of said judgment.

FOR THE PLAINTIFF,

BY_____
   George J. Cahill, Jr. (ct04485)
   CAHILL & GOETSCH, P.C.
   43 Trumbull Street
   New Haven, Connecticut  06511
   (203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 28th day of January, 2004, to Cathleen Giannetta, Esq., Landman Corsi Ballaine & Ford, P.C., 120 Broadway, 27th Floor, New York, New York  10271.

_____
George J. Cahill, Jr.

2