*filed in Bpt*
*C. Przrosky*
*2-2-04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
203-579-5861

01CV1707 ACK REC

9-26-03

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY IN CHARGE

CASE: PACE v AMTRAK

3:01CV1707 JCH

PLAINTIFF ✓       DEFENDANT _____

The above case having been disposed of in this court, we are returning the original exhibits to you.

Please acknowledge receipt of the documents on the copy of this letter and return to the Court.

If you have any questions please contact the Clerk's Office. Thank you for your cooperation.

Sincerely,
Kevin F. Rowe, Clerk

BY _C. Brzoska_
Deputy Clerk
Date:

ACKNOWLEDGMENT _[signature]_

PLEASE SIGN + RETURN