

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

3:01cv1707 (JCH)

Roseann B. MacKechnie
CLERK

Date: 5/7/04
Docket Number: 03-9328-cv
Short Title: Pace v. National Railroad
DC Docket Number:
DC:
DC Judge:

DC Initials NHCT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 7th day of May two thousand Four.

**NEIL PACE,**

    Plaintiff-Appellee,

v.

**NATIONAL RAILROAD PASSENGER CORP.,**

    Defendant-Appellant.

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is
ordered that the appeal from the order of 8/12/03 United States District
Court for the District of Connecticut(New Haven) be and it hereby is dismissed.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk

By: Julius D. Crockwell
Deputy Clerk

CERTIFIED: 5/7/04